■ ARTHUR W. DEC, Respondent, v AUBURN ENLARGED SCHOOL DISTRICT et al., Appellants. (Appeal No. 2.) [671 NYS2d 379] —Order unanimously modified on the law and as modified affirmed without costs in accordance with same Memorandum as in *Dec v Auburn Enlarged School Dist.* (249 AD2d 907 [decided herewith]). (Appeal from Order of Supreme Court, Cayuga County, Corning, J.—Amend Pleading.) Present—Pine, J. P., Wisner, Callahan, Boehm and Fallon, JJ.